■ IRENE KELLY, Respondent, v. NIAGARA FRONTIER PORT AUTHORITY, Appellant.— Judgment unanimously reversed on the law, without costs of this appeal to either party, and complaint dismissed, without costs. Memorandum:

There were no facts presented upon which the jury could have found defendant liable. (See *Miller* v. *Gimbel Bros.*, 262 N. Y. 107; *Pignatelli* v. *Gimbel Bros.*, 285 App. Div. 625, affd. 309 N. Y. 901.) (Appeal from judgment of Niagara Trial Term in favor of plaintiff in a negligence action.) Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.